IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GILLARD WATTS,　　　　　　　　　）
　　　　　　　　　　　　　　　　　）
　　　　Petitioner,　　　　　　　）
　　　　　　　　　　　　　　　　　）
v.　　　　　　　　　　　　　　　　）　　CASE NOS. CV415-285
　　　　　　　　　　　　　　　　　）　　　　　　　　CR494-178
UNITED STATES OF AMERICA,　　　　）
　　　　　　　　　　　　　　　　　）
　　　　Respondent.　　　　　　　）
　　　　　　　　　　　　　　　　　）

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 3.) After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's 28 U.S.C. § 2255 Petition is **DENIED**. In addition, Petitioner is not entitled to a Certificate of Appealability, rendering moot any request for in forma pauperis status on appeal. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 12th day of April 2016.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　WILLIAM T. MOORE, JR.
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF GEORGIA